IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JORDAN MOZER & ASSOCIATES, LTD., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-cv-10264 |
| | ) | |
| GENERAL CASUALTY COMPANY | ) | Hon. Ronald A. Guzman |
| OF WISCONSIN, a Wisconsin corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, November 9, 2017, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ronald A. Guzman, or any Judge that may be sitting in his stead, in Courtroom 1801 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Plaintiff's Motion for Judgment on Count V Pursuant to Section 155 of the Illinois Insurance Code**, a copy of which is hereby served upon you.

Respectfully submitted,

By: /s/Bradley P. Nelson
One of the Attorneys for Plaintiff

Bradley P. Nelson
FisherBroyles LLP
345 North Franklin Street, Suite 3200
Chicago, Illinois 60606
312.300.4005
brad.nelson@fisherbroyles.com